**UNITED STATES BANKRUPTCY COURT**

**FOR THE**

**EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

| | |
|---|---|
| In the Matter of:<br><br>BEVERLY JEAN YOUNG<br><br>Debtor | Chapter 13<br><br>Case No. 24-11871-KHK |

## WITHDRAWAL

      I ask that the Clerk of the United States Bankruptcy Court for the Eastern District of Virginia, Alexandria Division to please withdraw Trustee's Motion to Dismiss filed with this Court on the above captioned matter and scheduled for hearing on March 13, 2025.

| | |
|---|---|
| _March 10, 2025_<br>Dated | /s/ Thomas P. Gorman<br>Thomas P. Gorman<br>Chapter 13 Trustee<br>1414 Prince Street, Suite 202<br>Alexandria, VA  22314<br>(703) 836-2226<br>VSB #26421 |

## CERTIFICATE OF SERVICE

I hereby certify that I have this 10th day of March, 2025 served via ECF to authorized users or mailed a true copy of the foregoing Withdrawal to the following parties.

                                              Daniel M. Press, Esquire
                                              Attorney for Debtor
                                              Chung & Press, P.C.
                                              6718 Whittier Ave. Ste. 200
                                              McLean, VA 22101

                                              ___/s/ Thomas P. Gorman_____
                                              Thomas P. Gorman