**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| | ) | |
| Beverly Jean Young, | ) | Case No. 24-11871-KHK |
| | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |

**ORDER SETTING HEARING ON CONFIRMATION**
**OF DEBTOR'S PROPOSED CHAPTER 13 PLAN**

The Court has before it the Debtor's Amended Chapter 13 Plan. Docket No. 36. The Plan contains entries under section 4.D listing secured claims held by One Main and Reston Assn. Under Local Bankruptcy Rule 3015-2(B), the Debtor is required to notify such creditors via Special Notice and attach a copy of the notice to the Plan. The Plan does not contain the Special Notice form.

The Court will set this matter for a confirmation hearing to address the Plan's Special Notice deficiency and to clarify the amount and interest rate of the claim. It is, therefore

**ORDERED**:

1.      The Court will hold a confirmation hearing on the Debtor's Plan (Docket No. 36) on **Thursday, May 15, 2025, at 1:30 p.m.** in the United States Bankruptcy Court for the Eastern District of Virginia, 200 South Washington Street, Courtroom III, Alexandria, VA 22314.

2.      The Clerk shall mail copies of this Order, or provide electronic notice of its entry, to the parties listed below.

Date: Mar 31 2025

Alexandria, Virginia

/s/ Klinette H Kindred

HONORABLE KLINETTE H. KINDRED
U.S. BANKRUPTCY JUDGE

Entered On Docket: Mar 31 2025

Copies to:

Beverly Jean Young
1739 Quietree Dr
Reston, VA 20194
*Chapter 13 Debtor*

Daniel M. Press
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
*Counsel for Debtor*

Thomas P. Gorman
Thomas P. Gorman, Chapter 13 Trustee
1414 Prince St.
Ste. 202
Alexandria, VA 22314
*Chapter 13 Trustee*

Matthew W. Cheney
Office of the U.S. Trustee - Region 4
1725 Duke Street
Suite 650
Alexandria, VA 22314
*U.S. Trustee*