**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

In re:                                )
                                      )
                                      )
Beverly Jean Young,                   )   Case No. 24-11871-KHK
                                      )   Chapter 13
                                      )
             Debtor.                  )
                                      )
_____ )

**ORDER SETTING HEARING ON CONFIRMATION**
**OF DEBTOR'S PROPOSED CHAPTER 13 PLAN**

The Court has before it the Debtor's Amended Chapter 13 Plan. Docket No. 36. The Plan contains entries under section 4.D listing secured claims held by One Main and Reston Assn. Under Local Bankruptcy Rule 3015-2(B), the Debtor is required to notify such creditors via Special Notice and attach a copy of the notice to the Plan. The Plan does not contain the Special Notice form.

The Court will set this matter for a confirmation hearing to address the Plan's Special Notice deficiency and to clarify the amount and interest rate of the claim. It is, therefore

**ORDERED**:

1. The Court will hold a confirmation hearing on the Debtor's Plan (Docket No. 36) on **Thursday, May 15, 2025, at 1:30 p.m.** in the United States Bankruptcy Court for the Eastern District of Virginia, 200 South Washington Street, Courtroom III, Alexandria, VA 22314.

2. The Clerk shall mail copies of this Order, or provide electronic notice of its entry, to the parties listed below.

Date: Mar 31 2025                          /s/ Klinette H Kindred
                                           HONORABLE KLINETTE H. KINDRED
Alexandria, Virginia                       U.S. BANKRUPTCY JUDGE

Entered On Docket: Mar 31 2025

<u>Copies to</u>:

Beverly Jean Young
1739 Quietree Dr
Reston, VA 20194
*Chapter 13 Debtor*

Daniel M. Press
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
*Counsel for Debtor*

Thomas P. Gorman
Thomas P. Gorman, Chapter 13 Trustee
1414 Prince St.
Ste. 202
Alexandria, VA 22314
*Chapter 13 Trustee*

Matthew W. Cheney
Office of the U.S. Trustee - Region 4
1725 Duke Street
Suite 650
Alexandria, VA 22314
*U.S. Trustee*

United States Bankruptcy Court
Eastern District of Virginia

| | |
|---|---|
| In re: | Case No. 24-11871-KHK |
| Beverly Jean Young | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0422-9 | User: MichelleS | Page 1 of 1 |
| Date Rcvd: Mar 31, 2025 | Form ID: pdford7 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 02, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Beverly Jean Young, 1739 Quietree Dr, Reston, VA 20194-1805 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 02, 2025         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 31, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel M. Press | on behalf of Debtor Beverly Jean Young dpress@chung-press.com pressdm@gmail.com;danpress@recap.email |
| Matthew W. Cheney | ustpregion04.ax.ecf@usdoj.gov |
| Thomas P. Gorman | ch13alex@gmail.com tgorman26@gmail.com |
| Volha Sergeyevna Tseliak | on behalf of Creditor Reston Association otseliak@chadwickwashington.com |

TOTAL: 4