**United States Bankruptcy Court**
**Eastern District of Virginia**
Alexandria Division
200 South Washington Street
Alexandria, VA 22314

**Case Number**   24−11871−KHK
**Chapter**   13

**In re:**

Beverly Jean Young
1739 Quietree Dr
Reston, VA 20194

SSN: xxx−xx−9830                                                                 EIN: NA

**NOTICE OF CONFIRMATION OF CHAPTER 13 PLAN OR**
**AMENDED/MODIFIED CHAPTER 13 PLAN**

Notice is hereby given of the entry of an order of this court on May 16, 2025, confirming the Chapter 13 Plan or Amended/Modified Plan filed by the debtor(s) in this case.

The original order is on file in the Clerk's Office.

Dated:   May 16, 2025                                              For the Court,

                                                                   Charri S Stewart, Clerk
[ntcConfCh13PlanvNov2020.jsp]                                      United States Bankruptcy Court

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                                          Case No. 24-11871-KHK
Beverly Jean Young                                                                              Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-9                              User: Stephanie                               Page 1 of 2
Date Rcvd: May 16, 2025                           Form ID: ntc13cfp                             Total Noticed: 27

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 18, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Beverly Jean Young, 1739 Quietree Dr, Reston, VA 20194-1805 |
| cr | + | Reston Association, Chadwick, Washington, Moriarty, Elmore &, 3201 Jermantown Road Suite 600, Fairfax, VA 22030, UNITED STATES 22030-2879 |
| 16537228 | + | Chadwick Washington, 3201 Jermantown Rd Ste 600, Fairfax, VA 22030-2879 |
| 16637905 | + | Deskevich, Harris PC, 1409 Eastridge Road Attn: Collections, Richmond, VA 23229-5501 |
| 16537231 | + | DolanReid PLLC, 12610 Patrick Henry Dr, Ste D, Newport News, VA 23602-9538 |
| 16537232 | + | Fairfax Oral & Max. Surgery PC, 12359 Sunrise Valley Dr Ste 300, Reston, VA 20191-3463 |
| 16537233 | + | Jeffrey B Thompson, 40458 Aldie Springs Drive, Aldie, VA 20105-2781 |
| 16537234 | + | Justin P Salop, 2795 Pfafftown forest Dr, Winston Salem, NC 27106-9728 |
| 16537235 | + | Kyle Winey Esq, Simms Showers LLP, 305 Harrison St SE 3rd Fl, Leesburg, VA 20175-3729 |
| 16537236 | + | Martha Griggs, Keller Williams Preferred Properties, 1441 McCormick Drive, Upper Marlboro, MD 20774-5323 |
| 16537237 | + | Merrick Bank, 7700 East Arapahoe Road, Suite 220, Centennial, CO 80112-1268 |
| 16556374 | + | NG FCU, 999 Corporate Blvd Suite #120, Linthicum Heights MD 21090-2272 |
| 16589428 | + | Reston Association, c/o Chadwick, Washington, et. al, 3201 Jermantown Road, Ste. 600,, Fairfax, VA 22030-2879 |
| 16537239 | + | Reston Association, 12001 Sunrise Valley Dr, Reston, VA 20191-3455 |
| 16537240 | + | Shulman Rogers, 12505 Park Potomac Ave, Potomac, MD 20854-6802 |
| 16537241 | + | Va Housing Development Auth., 601 S Belvidere St, Richmond, VA 23220-6504 |
| 16537242 | | Whisper Hill Cluster Assoc, 3907 Herndon Pkwy Ste 100, Herndon, VA 20170 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: Bankruptcy_dept@virginiahousing.com | May 17 2025 00:57:00 | Virginia Housing, P.O. Box 4549, Richmond, VA 23220-8549 |
| 16537227 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 17 2025 01:21:04 | Capital One, 1680 Capital One Dr, McLean, VA 22102-3407 |
| 16553159 | + | Email/PDF: ebn_ais@aisinfo.com | May 17 2025 01:07:55 | Capital One, N.A., by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 16537229 | + | Email/PDF: creditonebknotifications@resurgent.com | May 17 2025 01:08:49 | Credit One, PO Box 60500, City Of Industry, CA 91716-0500 |
| 16537230 | | Email/Text: l.hutson@dghlawpc.com | May 17 2025 00:58:00 | Deskevich Gavin & Harris, 1409 Eastridge Rd, Richmond, VA 23229 |
| 16589457 | | Email/PDF: resurgentbknotifications@resurgent.com | May 17 2025 01:10:03 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 16566489 | | Email/PDF: MerrickBKNotifications@Resurgent.com | May 17 2025 01:07:46 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 16537238 | + | Email/PDF: cbp@omf.com | May 17 2025 01:09:12 | OneMain, 601 NW 2nd St, Evansville, IN 47708-1013 |
| 16548103 | + | Email/PDF: cbp@omf.com | May 17 2025 01:10:08 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 16547097 | + | Email/Text: Bankruptcy_dept@virginiahousing.com | | |

May 17 2025 00:57:00    Virginia Housing, PO BOX 4627, Richmond, VA 23220-8627

TOTAL: 10

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 18, 2025          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 16, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel M. Press | on behalf of Debtor Beverly Jean Young dpress@chung-press.com  pressdm@gmail.com;danpress@recap.email |
| Matthew W. Cheney | ustpregion04.ax.ecf@usdoj.gov |
| Thomas P. Gorman | ch13alex@gmail.com  tgorman26@gmail.com |
| Volha Sergeyevna Tseliak | on behalf of Creditor Reston Association otseliak@chadwickwashington.com |

TOTAL: 4