**UNITED STATES BANKRUPTCY COURT
FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

In the Matter of:

BEVERLY JEAN YOUNG                                              Chapter 13

            Debtor                                                          Case No. 24-11871-KHK

**OBJECTION TO CLAIM
NOTICE OF OBJECTION TO CLAIM
AND
NOTICE OF SCHEDULED HEARING ON THIS OBJECTION**

To:   Fairfax Oral & Max Surgery PC           Beverly Jean Young
      12359 Sunrise Valley Dr., Ste, 300       1739 Quietree Dr
      Reston, VA 20190                         Reston, VA 20194

      C T Corporation System                   Daniel M. Press, Esquire
      Registered Agent for                     Attorney for Debtor
      Oral Surgeons of Virginia, PLLC          Chung & Press, P.C.
      4701 Cox Rd., Ste. 285                   6718 Whittier Ave. Ste. 200
      Glen Allen, VA 23060-6808                Mclean, VA 22101

You have filed a claim in the amount of $1,876.58 with a Court claim number of 11 in this Chapter 13 case.

Thomas P. Gorman, Chapter 13 Trustee, has filed this objection to your filed claim and asks that the remaining balance be disallowed as it is a late filed claim.

**Your claim may be reduced, modified or eliminated. You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult one.)**

If you do not wish the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then on or before five business days prior to the hearing date, you or your attorney must:

> File with the court a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1. Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing. If you mail your response to the court for filing, you must mail it early

Objection to Claim, page 2
24-11871-KHK, Beverly Jean Young

enough so the court will receive it on or before twenty-one days from the service of this notice. You must mail a copy to the persons listed below.

***Attend the hearing to be held on July 17, 2025 at 1:30 p.m., in Courtroom III on the 3rd floor, United States Bankruptcy Court, 200 South Washington Street, Alexandria, VA 22314.*** If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.

A copy of any written response must be mailed to the following persons:

> Thomas P. Gorman
> 1414 Prince Street, Suite 202
> Alexandria, VA 22314
>
> Clerk of the Court
> United States Bankruptcy Court
> 200 South Washington Street
> Alexandria, VA 22314

If you or your attorney do not take these steps, the court will decide that you do not oppose objection to your claim.

Date: May 29, 2025                         /s/ Thomas P. Gorman
                                           Thomas P. Gorman
                                           Chapter 13 Trustee
                                           1414 Prince Street, Suite 202
                                           Alexandria, VA 22314
                                           (703) 836-2226
                                           VSB 26421

**CERTIFICATE OF SERVICE**

I hereby certify that I have this 29th day of May, 2025, served via ECF to authorized users or mailed a true copy of the foregoing Objection to Claim, Notice of Objection, and Notice of Hearing to the parties listed in the heading hereof.

                                           /s/ Thomas P. Gorman
                                           Thomas P. Gorman