# UNITED STATES BANKRUPTCY COURT
# FOR THE
# EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | |
|---|---|
| In the Matter of: | |
| Beverly Jean Young | Chapter 13 |
| | Case No. 24-11871-KHK |
| Debtor(s) | |

## ORDER DISALLOWING CLAIM

The Trustee, Thomas P. Gorman, having filed his Objection to Claim asking to disallow or reduce the amount of those claims as are set out in his Objection; Notice having been given to the Claimant and no response having been received either by this Court or the Trustee in regard to this Objection, it is

ORDERED, that Claim No. 11 filed by Fairfax Oral & Max Surgery PC in the amount of $1,876.58 be disallowed in this proceeding.

Jul 21 2025

/s/ Klinette H Kindred
Klinette H. Kindred
United States Bankruptcy Judge

Entered On Docket: Jul 22 2025

I Ask For This:

__/s/ Thomas P. Gorman_____
Thomas P. Gorman, Trustee
1414 Prince Street, Suite 202
Alexandria, VA 22314
(703) 836-2226
VSB #26421

Order Disallowing Claim, Page 2
24-11871-KHK, Beverly Jean Young

<u>Local Rule 9022-1(C) Certification</u>

The foregoing Order was signed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).


<u>/s/ Thomas P. Gorman</u>
Thomas P. Gorman, Chapter 13 Trustee

**PARTIES TO RECEIVE COPIES**

Beverly Jean Young
Chapter 13 Debtor
1739 Quietree Dr
Reston, VA  20194

Daniel M. Press, Esquire
Attorney for Debtor
Chung & Press, P.C.
6718 Whittier Ave. Ste. 200
Mclean, VA  22101

Fairfax Oral & Max Surgery PC
12359 Sunrise Valley Dr., Ste, 300
Reston, VA 20190

C T Corporation System
Registered Agent for
Oral Surgeons of Virginia, PLLC
4701 Cox Rd., Ste. 285
Glen Allen, VA 23060-6808

Thomas P. Gorman
Chapter 13 Trustee
1414 Prince Street, Suite 202
Alexandria, VA  22314