# UNITED STATES BANKRUPTCY COURT
## FOR THE
## EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| In the Matter of: | |
| Beverly Jean Young | Chapter 13 |
| | Case No.  24-11871-KHK |
| Debtor(s) | |

### ORDER DISALLOWING CLAIM

The Trustee, Thomas P. Gorman, having filed his Objection to Claim asking to disallow or reduce the amount of those claims as are set out in his Objection; Notice having been given to the Claimant and no response having been received either by this Court or the Trustee in regard to this Objection, it is

ORDERED, that Claim No. 11 filed by Fairfax Oral & Max Surgery PC in the amount of $1,876.58 be disallowed in this proceeding.

Jul 21 2025

/s/ Klinette H Kindred
Klinette H. Kindred
United States Bankruptcy Judge

I Ask For This:

Entered On Docket: Jul 22 2025

__/s/ Thomas P. Gorman_____
Thomas P. Gorman, Trustee
1414 Prince Street, Suite 202
Alexandria, VA 22314
(703) 836-2226
VSB #26421

Order Disallowing Claim, Page 2
24-11871-KHK, Beverly Jean Young

<u>Local Rule 9022-1(C) Certification</u>

The foregoing Order was signed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).

<u>/s/ Thomas P. Gorman</u>
Thomas P. Gorman, Chapter 13 Trustee

**PARTIES TO RECEIVE COPIES**

Beverly Jean Young
Chapter 13 Debtor
1739 Quietree Dr
Reston, VA  20194

Daniel M. Press, Esquire
Attorney for Debtor
Chung & Press, P.C.
6718 Whittier Ave. Ste. 200
Mclean, VA  22101

Fairfax Oral & Max Surgery PC
12359 Sunrise Valley Dr., Ste, 300
Reston, VA 20190

C T Corporation System
Registered Agent for
Oral Surgeons of Virginia, PLLC
4701 Cox Rd., Ste. 285
Glen Allen, VA 23060-6808

Thomas P. Gorman
Chapter 13 Trustee
1414 Prince Street, Suite 202
Alexandria, VA  22314

United States Bankruptcy Court
Eastern District of Virginia

| | |
|---|---|
| In re: | Case No. 24-11871-KHK |
| Beverly Jean Young | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0422-9 | User: Stephanie | Page 1 of 1 |
| Date Rcvd: Jul 22, 2025 | Form ID: pdford2 | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 24, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Beverly Jean Young, 1739 Quietree Dr, Reston, VA 20194-1805 |
| | | C T Corporation System, Registered Agent for, Oral Surgeons of Virginia, PLLC, 4701 Cox Rd., Ste. 285, Glen Allen, VA 23060-6808 |
| 16537232 | + | Fairfax Oral & Max. Surgery PC, 12359 Sunrise Valley Dr Ste 300, Reston, VA 20191-3463 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 24, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 22, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel M. Press | on behalf of Debtor Beverly Jean Young dpress@chung-press.com pressdm@gmail.com;danpress@recap.email |
| Matthew W. Cheney | ustpregion04.ax.ecf@usdoj.gov |
| Thomas P. Gorman | ch13alex@gmail.com tgorman26@gmail.com |
| Volha Sergeyevna Tseliak | on behalf of Creditor Reston Association otseliak@chadwickwashington.com |

TOTAL: 4