UNITED STATES BANKRUPTCY COURT
FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| In the Matter of:<br><br>BEVERLY JEAN YOUNG<br>　　　　　　　　　DEBTOR<br><br>VHDA<br>　　　　　　　　　Movant<br><br>　　v.<br><br>Beverly Jean Young<br>and<br>Thomas P. Gorman, Trustee, | Chapter 13<br><br>Case No. <u>24-11871-KHK</u> |

## ANSWER AND REPORT OF TRUSTEE
## TO RELIEF FROM STAY MOTION

COMES NOW Thomas P. Gorman, the Chapter 13 Trustee named upon this Motion for Relief from Stay, and for his Answer and Report to this matter, submits the following.

(1)　The Plan of this Chapter 13 Case was confirmed by the Court on May 16, 2025, and provides for payment of the secured creditor as follows:

　　(a)　Pre-petition arrearage claim of $58,358.91 by monthly installments of $1,458.98 from the payments made under this confirmed Plan.
　　(b)　Post-petition regular monthly payments directly by the Debtor.

(2)　No record of Post-petition regular monthly installments is maintained by this Trustee; and he is without sufficient knowledge, information or belief to answer allegations of the Motion regarding failure of the Debtor to make such installments; and that this Trustee demands strict proof thereof.

ANSWER & REPORT OF TRUSTEE, PAGE 2
CASE #24-11871-KHK

(3) The payments to date on the arrearage claim of this Secured Creditor are reflected opposite the name of the Secured Creditor on the attached periodic report of the accounts of this Chapter 13 case; and that such periodic report represents a true and correct statement of all receipts and disbursements in this Chapter 13 case to the date indicated.

(4) Trustee notes that the amount of the post-petition arrearages alleged ($11,610.51) is slightly more than the amount ($11,225.00) the Debtor has paid into the Plan so far.

AND HAVING FULLY ANSWERED, your Trustee prays for such disposition of this Motion as to this Court seems just.

Date:   August 12, 2025                    __/s/ Thomas P. Gorman_____
                                           Thomas P. Gorman
                                           Chapter 13 Trustee
                                           1414 Prince Street, Suite 202
                                           Alexandria, VA 22314
                                           (703) 836-2226
                                           VSB 26421

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Answer & Report of Trustee was served via ECF to authorized users or mailed to counsel for the Movant and counsel for the Debtor, or to Debtor Pro Se, this 12th day of August, 2025.

/s/ Thomas P. Gorman_____
Thomas P. Gorman

Thomas P. Gorman, Standing Chapter 13 Trustee
INTERIM STATEMENT AS OF 08/12/2025

CASE NO: 24-11871-KHK
STATUS: BASE PLAN

DEBTOR: XXX-XX-9830
YOUNG, BEVERLY JEAN
AKA:
1739 QUIETREE DR
RESTON, VA 20194

DATE FILED: 10/07/2024
CONFIRMED: 05/16/2025
LATEST 341: 11/05/2024
PERCENTAGE: 1.000
PLAN: 60 MONTHS
1st PAYMENT DUE: 11/2024
ON SCHEDULE: 11,155.00
ACTUAL PAYMENTS: 11,225.00
AMOUNT BEHIND: 0.00

ATTORNEY: DANIEL M. PRESS, ESQUIRE
CHUNG & PRESS, P.C.
6718 WHITTIER AVE. STE. 200
MCLEAN, VA 22101
Phone:703 734-3800 Fax:

Needed to Complete Base:
BASE: 90,970.00
79,745.00

SCHEDULE: 1,565.00 MONTHLY
TOTAL PAID: 11,225.00

LAST 12 TRANSACTIONS

| Date | Source | Amount |
|---|---|---|
| 07/30/25 | PC | 1,565.00 |
| 06/16/25 | PC | 1,565.00 |
| 05/07/25 | PC | 1,565.00 |
| 04/08/25 | PC | 1,565.00 |
| 03/10/25 | PC | 1,565.00 |
| 02/11/25 | MO | 100.00 |
| 02/11/25 | MO | 700.00 |
| 02/11/25 | MO | 800.00 |
| 12/31/24 | MO | 600.00 |
| 12/31/24 | MO | 1,000.00 |
| 11/29/24 | MO | 100.00 |
| 11/04/24 | MO | 100.00 |

## DIRECT PAY

| CLAIM | CRED NO | CREDITOR NAME | DISB CODE | CLASS | ARREARS | FIXED PAYMENT | SCHED AMOUNT | PAID BY TRUSTEE | BALANCE DUE | CLAIM STATUS |
|---|---|---|---|---|---|---|---|---|---|---|
| 015 | 356494 | JEFFREY B. THOMPSON | PRO | UNS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | DIRECT |
| 016 | 356495 | MARTHA GRIGGS | PRO | UNS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | DIRECT |

## PLAN AND FILED CLAIMS

| CLAIM NO | CRED NO | CREDITOR NAME / CLAIM REMARK | DISB CODE / LAST DISB | CLASS / PAY% | INT. BEGIN / INT. RATE | FIX PAY / ARREARS | ORG. CLAIM / SCHED AMT | APPROVED TO BE PAID | PRIN. PAID / INT. PAID | PRIN. DUE / INT. DUE |
|---|---|---|---|---|---|---|---|---|---|---|
| 001 | 355804 | VHDA | FIX | SEC 100.00 | | 1,458.98 13,130.82 | 58,358.91 58,358.91 | 58,358.91 58,358.91 | 0.00 0.00 | 58,358.91 0.00 |
| 002 | 355804 | VHDA | FIX | SEC 100.00 | | 1,009.83 0.00 | 1,009.83 1,009.83 | 1,009.83 1,009.83 | 0.00 0.00 | 1,009.83 0.00 |
| 003 | 317480 | RESTON ASSOCIATION UNSECURED PORTION | PRO | UNS 1.00 | | 0.00 0.00 | 894.45 594.45 | 894.45 8.94 | 0.00 0.00 | 8.94 0.00 |
| 003 | 317480 | RESTON ASSOCIATION APP | FIX 07/2025 | SEC 100.00 | 02/03/2025 8.5000 | 214.59 1,640.27 | 2,656.06 2,656.06 | 2,656.06 2,656.06 | 396.65 108.98 | 2,259.41 16.00 |
| 004 | PORT | PORTFOLIO RECOVERY ASSOCIATES, L APP | FIX 07/2025 | SEC 100.00 | 02/03/2025 8.5000 | 1,041.82 7,963.43 | 12,895.25 12,895.25 | 12,895.25 12,895.25 | 1,925.65 529.12 | 10,969.60 77.70 |
| 005 | 349793 | CAPITAL ONE BANK USA, N.A. | PRO | UNS 1.00 | | 0.00 0.00 | 3,479.27 3,479.27 | 3,479.27 34.79 | 0.00 0.00 | 34.79 0.00 |
| 006 | 349793 | CAPITAL ONE BANK USA, N.A. | PRO | UNS 1.00 | | 0.00 0.00 | 3,066.28 3,066.28 | 3,066.28 30.66 | 0.00 0.00 | 30.66 0.00 |
| 007 | 349793 | CAPITAL ONE BANK USA, N.A. | PRO | UNS 1.00 | | 0.00 0.00 | 3,954.95 4,124.95 | 3,954.95 39.55 | 0.00 0.00 | 39.55 0.00 |
| 008 | LVNV | LVNV FUNDING LLC | PRO | UNS 1.00 | | 0.00 0.00 | 455.71 455.71 | 455.71 4.56 | 0.00 0.00 | 4.56 0.00 |
| 009 | LVNV | LVNV FUNDING LLC | PRO | UNS 1.00 | | 0.00 0.00 | 935.06 935.06 | 935.06 9.35 | 0.00 0.00 | 9.35 0.00 |
| 010 | 356490 | FAIRFAX ORAL & MAX SURGERY PC DISALLOWED PER ORD EOD 7/22/25 | PRO-I | UNS 1.00 | | 0.00 0.00 | 1,876.58 1,699.75 | 0.00 0.00 | 0.00 0.00 | Closed |
| 011 | 356491 | JUSTIN P. SALOP | PRO | UNS 1.00 | | 0.00 0.00 | 0.00 431.50 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 012 | 321970 | MERRICK BANK | PRO | UNS 1.00 | | 0.00 0.00 | 1,903.91 1,903.91 | 1,903.91 19.04 | 0.00 0.00 | 19.04 0.00 |
| 013 | 356492 | NG FCU | PRO | UNS 1.00 | | 0.00 0.00 | 0.00 140.00 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 014 | 356493 | WHISPER HILL CLUSTER ASSOC | PRO | UNS 1.00 | | 0.00 0.00 | 0.00 2,402.98 | 0.00 0.00 | 0.00 0.00 | Not Filed |

\*\* Creditor has not filed a Proof of Claim. Accumulated funds will be released to other creditors if no claim is filed with the U.S. Bankruptcy Court by the date of the scheduled Chapter 13 Review Meeting.
Claims with an A code in the DISB/CODE column are placed on hold and need to be resolved.  NO disbursements are being made to the creditor.
This is a progress report only and should not be used to calculate a payoff.

Case Power® 12.5

# Thomas P. Gorman, Standing Chapter 13 Trustee
## INTERIM STATEMENT AS OF 08/12/2025

CASE NO: 24-11871-KHK
STATUS:  BASE PLAN

DEBTOR:  XXX-XX-9830
YOUNG, BEVERLY JEAN

SCHEDULE:  1,565.00 MONTHLY

## PLAN AND FILED CLAIMS

| CLAIM NO | CRED NO | CREDITOR NAME / CLAIM REMARK | DISB CODE / LAST DISB | CLASS PAY% | INT. BEGIN INT. RATE | FIX PAY ARREARS | ORG. CLAIM SCHED AMT | APPROVED TO BE PAID | PRIN. PAID INT. PAID | PRIN. DUE INT. DUE |
|---|---|---|---|---|---|---|---|---|---|---|
| 799 | 264693 | DANIEL M. PRESS, ESQUIRE | PRO 05/2025 | ATY 100.00 | | 0.00 0.00 | 6,637.00 6,637.00 | 6,110.00 6,110.00 | 6,110.00 0.00 | 0.00 0.00 |
| | | Trustee Administrative Fees | | | | | | 673.50 | 673.50 | |
| | | | | | TOTALS: | 3,725.22 22,734.52 | 96,246.68 99,091.16 | 96,393.18 81,850.44 | 9,105.80 638.10 | 72,744.64 93.70 |

|  | ADMIN | ATTORNEY | PRIORITY | SECURED | UNSECURED | OTHER | | |
|---|---|---|---|---|---|---|---|---|
| SCHED AMOUNT: | 0.00 | 6,637.00 | 0.00 | 74,920.05 | 17,534.11 | 0.00 | | |
| CLAIM AMOUNT: | 0.00 | 6,110.00 | 0.00 | 74,920.05 | 146.89 | 0.00 | | |
| PAID BY TRUSTEE: | 0.00 | 6,110.00 | 0.00 | 2,322.30 | 0.00 | 0.00 | | |
| PAID BY 3rd PARTY: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| SUB TOTAL: | 0.00 | 0.00 | 0.00 | 72,597.75 | 146.89 | 0.00 | DUE CREDITORS: | 72,838.34 |
| INTEREST DUE: | 0.00 | 0.00 | 0.00 | 93.70 | 0.00 | 0.00 | EXPECTED ADMIN: | 4,554.72 |
| CONTINUING: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | LESS AVAILABLE: | 1,481.10 |
| BALANCE DUE: | 0.00 | 0.00 | 0.00 | 72,691.45 | 146.89 | 0.00 | APPROX BALANCE: | 75,911.96 |

** Creditor has not filed a Proof of Claim. Accumulated funds will be released to other creditors if no claim is filed with the U.S. Bankruptcy Court by the date of the scheduled Chapter 13 Review Meeting.
Claims with an A code in the DISB/CODE column are placed on hold and need to be resolved.  NO disbursements are being made to the creditor.
This is a progress report only and should not be used to calculate a payoff.

Case Power® 12.5