## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| In re:   BEVERLY JEAN YOUNG, | CASE NO. 24-11871-KHK |
| Debtor. | CHAPTER 13 |

### WITHDRAWAL OF HEARING CANCELLATION

NOW COMES counsel for VIRGINIA HOUSING DEVELOPMENT AUTHORITY and withdraws the Hearing Cancellation [Docket No. 59] related to Motion for Relief from Stay and Notice of Hearing scheduled for 09/29/2025 at 11:00 a.m. [Docket No. 56] as the cancellation was done in error.

DATED at Virginia Beach, Virginia, this 14th day of August, 2025.

VIRGINIA HOUSING DEVELOPMENT AUTHORITY

By     /s/ James A. Evans
           Of Counsel

**James A. Evans  (VSB #04441)**
**JAMES A. EVANS, ATTORNEY AT LAW, PLC**
**Counsel for Movant**
**2101 Parks Avenue, Suite 301**
**Virginia Beach, Virginia 23451-4183**
**(757) 437-9500**
**james.evans@vblawyers.com**

## **CERTIFICATE OF SERVICE**

    I certify that a true and exact copy of the foregoing Motion to Withdrawal Hearing Cancellation was served to all necessary parties.

August 14, 2025                      By    /s/ James A. Evans
                                                      James A. Evans (VSB #04441)

**James A. Evans (VSB #04441)**
**JAMES A. EVANS, ATTORNEY AT LAW, PLC**
**Counsel for Movant**
**2101 Parks Avenue, Suite 301**
**Virginia Beach, Virginia 23451-4183**
**(757) 437-9500**
**james.evans@vblawyers.com**