UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| In re ) | |
| BEVERLY JEAN YOUNG ) | |
| ) | No. 24-11871-KHK |
| Debtor. ) | Chapter 13 |
| ) | |

**DEBTOR'S RESPONSE TO MOTION FOR RELIEF FROM STAY FILED BY VHDA [DOCKET #56]**

COME NOW the Debtor, Beverly Jean Young, by counsel, and responds as follows to the Motion for Relief from Stay filed by the Virginia Housing Development Authority.

1. Debtor admits the allegations of Paragraph 1.

2. Debtor admits the allegations of Paragraph 2.

3. Debtor admits the allegations of Paragraph 3.

4. Debtor admits the allegations of Paragraph 4.

5. Debtor admits the allegations of Paragraph 5.

6. Debtor lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 6, and therefore denies the same and demands strict proof thereof.

7. Debtor denies the allegations of Paragraph 7, and notes that there is an inconsistency between the numbers as alleged.

8. Debtor denies the allegations of Paragraph 8. Debtor has tendered payment but Movant has not allowed her to make a payment since June.

9. Debtor denies the allegations of Paragraph 9.

Daniel M. Press, VSB# 37123
CHUNG & PRESS, P.C.
6718 Whittier Avenue, Suite 200
McLean, Virginia 22101
(703) 734-3800
dpress@chung-press.com
Counsel for Debtor

10. Debtor denies the allegations of Paragraph 10.

Debtor further denies each and every allegation not expressly admitted, and denies that Movant is entitled to the relief requested, or any relief.

*Separate and Affirmative Defenses*

1. Movant has tendered payment, which has been refused. Therefore any arrears are not the responsibility of the Debtor.
2. The property is necessary for an effective reorganization, and Debtor has equity in the Property. The Movant is adequately protected by an equity cushion.

Dated: August 21, 2025.

Respectfully submitted,

　/s/ Daniel M. Press　
Daniel M. Press, VSB# 37123
CHUNG & PRESS, P.C.
6718 Whittier Avenue, Suite 200
McLean, Virginia 22101
(703) 734-3800
dpress@chung-press.com
Counsel for Debtor

CERTIFICATE OF SERVICE

This is to certify that on this 21st day of August, 2025, I caused the foregoing Response to be served by CM/ECF upon the Movant, the Chapter 13 Trustee, and all creditors requesting such notice.

　/s/ Daniel M. Press　
Daniel M. Press