**UNITED STATES BANKRUPTCY COURT**

**FOR THE**

**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

In the Matter of:

BEVERLY JEAN YOUNG

Debtor

Chapter 13

Case No. 24-11871-KHK

**MOTION TO DISMISS,**
**NOTICE OF MOTION TO DISMISS**
**AND**
**NOTICE OF SCHEDULED HEARING ON THIS MOTION**

Thomas P. Gorman, Chapter 13 Trustee, has filed this motion to dismiss your Chapter 13 case.  The cause for this motion is as follows:

> **Pursuant to 11 U.S.C. §1307(c)(6) -** Material default by Debtor as is reflected in the attached Trustee's Report of Receipts and Disbursements.  Debtor's Plan payment received on October 17, 2025 bounced.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not wish the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then on or before five business days prior to the hearing date, you or your attorney must:

> File with the court a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1.  Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing.  If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before twenty-one days from the service of this notice.  You must mail a copy to the persons listed below.

**Notice and Motion to Dismiss**
Beverly Jean Young, Case #24-11871-KHK

***Attend the hearing to be held on February 12, 2026 at 1:30 p.m., in Courtroom III on the 3rd floor, United States Bankruptcy Court, 200 South Washington Street, Alexandria, VA 22314.*** If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.

A copy of any written response must be mailed to the following persons:

> Thomas P. Gorman
> 1414 Prince Street, Suite 202
> Alexandria, VA 22314

> Clerk of the Court
> United States Bankruptcy Court
> 200 South Washington Street
> Alexandria, VA 22314

If you or your attorney do not take steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date: _January 8, 2026_____              __/s/ Thomas P. Gorman_____
                                          Thomas P. Gorman
                                          Chapter 13 Trustee
                                          1414 Prince Street, Suite 202
                                          Alexandria, VA 22314
                                          (703) 836-2226
                                          VSB 26421

## CERTIFICATE OF SERVICE

I hereby certify that I have this 8th day of January, 2026, served via ECF to authorized users or mailed a true copy of the foregoing Motion to Dismiss, Notice of Motion and Notice of Hearing to the following parties.

Beverly Jean Young                  Daniel M. Press, Esquire
Chapter 13 Debtor                   Attorney for Debtor
1739 Quietree Dr                    Chung & Press, P.C.
Reston, VA 20194                    6718 Whittier Ave. Ste. 200
                                    McLean, VA 22101

                                    __/s/ Thomas P. Gorman_____
                                    Thomas P. Gorman

Thomas P. Gorman, Standing Chapter 13 Trustee
INTERIM STATEMENT AS OF 01/08/2026

CASE NO: 24-11871-KHK

STATUS: BASE PLAN

DEBTOR: XXX-XX-9830
YOUNG, BEVERLY JEAN
AKA:

DATE FILED: 10/07/2024

CONFIRMED: 05/16/2025

LATEST 341: 11/05/2024

PERCENTAGE: 1.000

PLAN: 60 MONTHS

1st PAYMENT DUE: 11/2024

ON SCHEDULE: 18,980.00

ACTUAL PAYMENTS: 14,355.00

AMOUNT BEHIND: 4,625.00

1739 QUIETREE DR
RESTON, VA 20194

ATTORNEY: DANIEL M. PRESS, ESQUIRE
CHUNG & PRESS, P.C.
6718 WHITTIER AVE. STE. 200

MCLEAN, VA 22101
Phone:703 734-3800 Fax:

Needed to Complete Base:

BASE: 90,970.00
76,615.00

SCHEDULE: 1,565.00 MONTHLY
TOTAL PAID: 14,355.00

LAST 12 TRANSACTIONS

| Date | Source | Amount |
|---|---|---|
| 10/21/25 | RETURNED FUNDS | (1,565.00) NSF |
| 10/17/25 | PC | 465.00 |
| 10/17/25 | PC | 1,565.00 |
| 10/07/25 | PC | 1,100.00 |
| 09/02/25 | PC | 1,565.00 |
| 07/30/25 | PC | 1,565.00 |
| 06/16/25 | PC | 1,565.00 |
| 05/07/25 | PC | 1,565.00 |
| 04/08/25 | PC | 1,565.00 |
| 03/10/25 | PC | 1,565.00 |
| 02/11/25 | MO | 800.00 |
| 02/11/25 | MO | 100.00 |
| 02/11/25 | MO | 700.00 |
| 12/31/24 | MO | 600.00 |

DIRECT PAY

| CLAIM | CRED NO | CREDITOR NAME | DISB CODE | CLASS | ARREARS | FIXED PAYMENT | SCHED AMOUNT | PAID BY TRUSTEE | BALANCE DUE | CLAIM STATUS |
|---|---|---|---|---|---|---|---|---|---|---|
| 015 | 356494 | JEFFREY B. THOMPSON | PRO | UNS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | DIRECT |
| 016 | 356495 | MARTHA GRIGGS | PRO | UNS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | DIRECT |

PLAN AND FILED CLAIMS

| CLAIM NO | CRED NO | CREDITOR NAME / CLAIM REMARK | DISB CODE / LAST DISB | CLASS / PAY% | INT. BEGIN / INT. RATE | FIX PAY / ARREARS | ORG. CLAIM / SCHED AMT | APPROVED TO BE PAID | PRIN. PAID / INT. PAID | PRIN. DUE / INT. DUE |
|---|---|---|---|---|---|---|---|---|---|---|
| 001 | 355804 | VHDA / R/S ORD EOD 10/1/25 - "CONDITIONAL" | FIX | SEC 100.00 | | 1,458.98 / 20,425.72 | 58,358.91 / 58,358.91 | 58,358.91 / 58,358.91 | 0.00 / 0.00 | 58,358.91 / 0.00 |
| 002 | 355804 | VHDA | FIX | SEC 100.00 | | 1,009.83 / 0.00 | 1,009.83 / 1,009.83 | 1,009.83 / 1,009.83 | 0.00 / 0.00 | 1,009.83 / 0.00 |
| 003 | 317480 | RESTON ASSOCIATION / UNSECURED PORTION | PRO | UNS 1.00 | | 0.00 / 0.00 | 894.45 / 594.45 | 894.45 / 8.94 | 0.00 / 0.00 | 8.94 / 0.00 |
| 003 | 317480 | RESTON ASSOCIATION / APP | FIX 10/2025 | SEC 100.00 | 02/03/2025 8.5000 | 214.59 / 1,375.15 | 2,656.06 / 2,656.06 | 2,656.06 / 2,656.06 | 1,099.41 / 151.98 | 1,556.65 / 33.09 |
| 004 | PORT | PORTFOLIO RECOVERY ASSOCIATES, L / APP | FIX 10/2025 | SEC 100.00 | 02/03/2025 8.5000 | 1,041.82 / 6,676.55 | 12,895.25 / 12,895.25 | 12,895.25 / 12,895.25 | 5,337.47 / 737.89 | 7,557.78 / 160.59 |
| 005 | 349793 | CAPITAL ONE BANK USA, N.A. | PRO | UNS 1.00 | | 0.00 / 0.00 | 3,479.27 / 3,479.27 | 3,479.27 / 34.79 | 0.00 / 0.00 | 34.79 / 0.00 |
| 006 | 349793 | CAPITAL ONE BANK USA, N.A. | PRO | UNS 1.00 | | 0.00 / 0.00 | 3,066.28 / 3,066.28 | 3,066.28 / 30.66 | 0.00 / 0.00 | 30.66 / 0.00 |
| 007 | 349793 | CAPITAL ONE BANK USA, N.A. | PRO | UNS 1.00 | | 0.00 / 0.00 | 3,954.95 / 4,124.95 | 3,954.95 / 39.55 | 0.00 / 0.00 | 39.55 / 0.00 |
| 008 | LVNV | LVNV FUNDING LLC | PRO | UNS 1.00 | | 0.00 / 0.00 | 455.71 / 455.71 | 455.71 / 4.56 | 0.00 / 0.00 | 4.56 / 0.00 |
| 009 | LVNV | LVNV FUNDING LLC | PRO | UNS 1.00 | | 0.00 / 0.00 | 935.06 / 935.06 | 935.06 / 9.35 | 0.00 / 0.00 | 9.35 / 0.00 |
| 010 | 356490 | FAIRFAX ORAL & MAX SURGERY PC / DISALLOWED PER ORD EOD 7/22/25 | PRO-I | UNS 1.00 | | 0.00 / 0.00 | 1,876.58 / 1,699.75 | 0.00 / 0.00 | 0.00 / 0.00 | Closed |
| 011 | 356491 | JUSTIN P. SALOP | PRO | UNS 1.00 | | 0.00 / 0.00 | 0.00 / 431.50 | 0.00 / 0.00 | 0.00 / 0.00 | Not Filed |
| 012 | 321970 | MERRICK BANK | PRO | UNS 1.00 | | 0.00 / 0.00 | 1,903.91 / 1,903.91 | 1,903.91 / 19.04 | 0.00 / 0.00 | 19.04 / 0.00 |
| 013 | 356492 | NG FCU | PRO | UNS 1.00 | | 0.00 / 0.00 | 0.00 / 140.00 | 0.00 / 0.00 | 0.00 / 0.00 | Not Filed |
| 014 | 356493 | WHISPER HILL CLUSTER ASSOC | PRO | UNS 1.00 | | 0.00 / 0.00 | 0.00 / 2,402.98 | 0.00 / 0.00 | 0.00 / 0.00 | Not Filed |

** Creditor has not filed a Proof of Claim. Accumulated funds will be released to other creditors if no claim is filed with the U.S. Bankruptcy Court by the date of the scheduled Chapter 13 Review Meeting.

Claims with an A code in the DISB/CODE column are placed on hold and need to be resolved. NO disbursements are being made to the creditor.

This is a progress report only and should not be used to calculate a payoff.

Case Power® 14.5

Thomas P. Gorman, Standing Chapter 13 Trustee
INTERIM STATEMENT AS OF 01/08/2026

CASE NO: 24-11871-KHK

STATUS: BASE PLAN

DEBTOR: XXX-XX-9830

YOUNG, BEVERLY JEAN

SCHEDULE:    1,565.00 MONTHLY

PLAN AND FILED CLAIMS

| CLAIM NO | CRED NO | CREDITOR NAME / CLAIM REMARK | DISB CODE / LAST DISB | CLASS / PAY% | INT. BEGIN / INT. RATE | FIX PAY / ARREARS | ORG. CLAIM / SCHED AMT | APPROVED / TO BE PAID | PRIN. PAID / INT. PAID | PRIN. DUE / INT. DUE |
|---|---|---|---|---|---|---|---|---|---|---|
| 799 | 264693 | DANIEL M. PRESS, ESQUIRE | PRO / 05/2025 | ATY / 100.00 | | 0.00 / 0.00 | 6,637.00 / 6,637.00 | 6,110.00 / 6,110.00 | 6,110.00 / 0.00 | 0.00 / 0.00 |
| | | Trustee Administrative Fees | | | | | | 908.25 | 908.25 | |
| | | | | TOTALS: | | 3,725.22 / 28,477.42 | 96,246.68 / 99,091.16 | 96,627.93 / 82,085.19 | 13,455.13 / 889.87 | 68,630.06 / 193.68 |

| | ADMIN | ATTORNEY | PRIORITY | SECURED | UNSECURED | OTHER | | |
|---|---|---|---|---|---|---|---|---|
| SCHED AMOUNT: | 0.00 | 6,637.00 | 0.00 | 74,920.05 | 17,534.11 | 0.00 | | |
| CLAIM AMOUNT: | 0.00 | 6,110.00 | 0.00 | 74,920.05 | 146.89 | 0.00 | | |
| PAID BY TRUSTEE: | 0.00 | 6,110.00 | 0.00 | 6,436.88 | 0.00 | 0.00 | | |
| PAID BY 3rd PARTY: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| SUB TOTAL: | 0.00 | 0.00 | 0.00 | 68,483.17 | 146.89 | 0.00 | DUE CREDITORS: | 68,823.74 |
| INTEREST DUE: | 0.00 | 0.00 | 0.00 | 193.68 | 0.00 | 0.00 | EXPECTED ADMIN: | 6,805.75 |
| CONTINUING: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | LESS AVAILABLE: | 10.00 |
| BALANCE DUE: | 0.00 | 0.00 | 0.00 | 68,676.85 | 146.89 | 0.00 | APPROX BALANCE: | 75,619.49 |

** Creditor has not filed a Proof of Claim. Accumulated funds will be released to other creditors if no claim is filed with the U.S. Bankruptcy Court

by the date of the scheduled Chapter 13 Review Meeting.

Claims with an A code in the DISB/CODE column are placed on hold and need to be resolved.  NO disbursements are being made to the creditor.

This is a progress report only and should not be used to calculate a payoff.

Case Power® 14.5