UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| In re | ) | |
| BEVERLY JEAN YOUNG | ) | |
| | ) | No. 24-11871-KHK |
| Debtor. | ) | Chapter 13 |
| | ) | |

## DEBTOR'S RESPONSE TO TRUSTEE'S MOTION TO DISMISS

COME NOW the Debtor, Beverly Jean Young, by counsel, and responds as follows to

the Trustee's Motion to Dismiss.  The Motion states:

**Pursuant to 11 U.S.C. §1307(c)(6) - Material default by Debtor as is reflected
in the attached Trustee's Report of Receipts and Disbursements. Debtor's Plan
payment received on October 17, 2025 bounced.**

As the trustee's online system shows, the day after the motion was filed, a check for

$4695 posted to the account, making up for the bounced check and curing the shortfall shown on

the motion.  The delay was due to Debtor's furlough from her federal employment.  Accordingly,

the Motion to Dismiss must be denied.

Dated: January 25, 2026.

Respectfully submitted,
__/s/ Daniel M. Press_____ __
Daniel M. Press, VSB# 37123
CHUNG & PRESS, P.C.
6718 Whittier Avenue, Suite 200
McLean, Virginia 22101
(703) 734-3800
dpress@chung-press.com
Counsel for Debtor

<u>CERTIFICATE OF SERVICE</u>

This is to certify that on this 25th day of January, 2026, I caused the foregoing Response to be served by CM/ECF upon the Chapter 13 Trustee and all parties requesting such notice.

＿＿ /s/ Daniel M. Press ＿＿＿＿＿＿
Daniel M. Press