**UNITED STATES BANKRUPTCY COURT**

**FOR THE**

**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| In the Matter of:<br><br>BEVERLY JEAN YOUNG<br><br><br>    Debtor | Chapter 13<br><br>Case No. 24-11871-KHK |

## WITHDRAWAL

     I ask that the Clerk of the United States Bankruptcy Court for the Eastern District of Virginia, Alexandria Division to please withdraw Trustee's Motion to Dismiss filed with this Court on the above captioned matter and scheduled for hearing on February 12, 2026.

 February 5, 2026                                                                                      _/s/ Thomas P. Gorman_____
Dated                                                                                     Thomas P. Gorman
                                                                                       Chapter 13 Trustee
                                                                                       1414 Prince Street, Suite 202
                                                                                       Alexandria, VA  22314
                                                                                       (703) 836-2226
                                                                                       VSB #26421

## CERTIFICATE OF SERVICE

I hereby certify that I have this 5th day of February, 2026 served via ECF to authorized users or mailed a true copy of the foregoing Withdrawal to the following parties.

                                                        Daniel M. Press, Esquire
                                                        Attorney for Debtor
                                                        Chung & Press, P.C.
                                                        6718 Whittier Ave. Ste. 200
                                                        McLean, VA 22101

                                                        ___/s/ Thomas P. Gorman _____
                                                        Thomas P. Gorman