UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| In re ) | |
| BEVERLY JEAN YOUNG ) | |
| ) | No. 24-11871-KHK |
| Debtor. ) | Chapter 13 |
| ) | |

**DEBTOR'S OBJECTION IN RESPONSE TO NOTICE OF DEFAULT BY VHDA**
**[DOCKET #69]**

COME NOW the Debtor, Beverly Jean Young, by counsel, and responds as follows to the Notice of Default filed by the Virginia Housing Development Authority.

1. Debtor admits that the payments were not made, due to her furlough as a result of the government shutdown and other circumstances beyond her control.

2. The Consent Order Modifying Automatic Stay nonetheless allows the Debtor to file an objection with the court stating any other reason why an order granting relief from the automatic stay should not be entered.

3. In this case, Debtor has been approved for a loan modification that would bring the loan current pre- and post-petition. A copy of the trial modification approval is attached as Exhibit 1. Debtor is required to make her first trial modification payment on March 1, and the final trial modification payment on May 1. If those are made, subject to court approval, Debtor will enter into a final loan modification that will bring the loan current.

4. As such, granting relief from the automatic stay at this time would be inequitable and improper.

Daniel M. Press, VSB# 37123
CHUNG & PRESS, P.C.
6718 Whittier Avenue, Suite 200
McLean, Virginia 22101
(703) 734-3800
dpress@chung-press.com
Counsel for Debtor

    5.      The property is necessary for an effective reorganization, and Debtor has equity in the Property.   The Movant is adequately protected by an equity cushion, so waiting for the loan modification to be finalized will not harm the movant.

WHEREFORE, Debtor objects to the Notice of Default and to entry of an order granting stay relief.[1]

Dated:  February 25, 2026.

                                        Respectfully submitted,

                                        _/s/ Daniel M. Press_____
                                        Daniel M. Press, VSB# 37123
                                        CHUNG & PRESS, P.C.
                                        6718 Whittier Avenue, Suite 200
                                        McLean, Virginia 22101
                                        (703) 734-3800
                                        dpress@chung-press.com
                                        Counsel for Debtor

<u>CERTIFICATE OF SERVICE</u>

This is to certify that on this 25th day of February, 2026, I caused the foregoing Response and Objection to be served by CM/ECF upon the Movant, the Chapter 13 Trustee, and all creditors requesting such notice.

                                        _/s/ Daniel M. Press_____
                                        Daniel M. Press

---

[1] Debtor also objects to the $150 fee referenced in the Notice for "a certificate of default and preparation of an Order terminating the automatic stay."   The Consent Order fixes that fee at $100.