

January 21, 2026

DANIEL M. PRESS
CHUNG & PRESS, P.C.
6718 WHITTIER AVENUE
SUITE 200
MCLEAN, VA 22101

Re:   Beverly Young
      1739 Quietree Drive
      Reston VA 20194

Please be advised that your client referenced above has been conditionally approved for a loss mitigation solution, contingent upon successful completion of the trial plan, and bankruptcy court approval.

Upon successful completion of the trial plan, to proceed with a permanent loss mitigation work-out, and to avoid delay or disruption of the process we ask that you coordinate with your client to obtain the necessary court authorization and ensure the agreement is signed, notarized and returned to Virginia Housing within thirty (30) calendar days from the modification agreement. It is also imperative that you communicate to your client that they are required to continue making their monthly payments. Obtaining bankruptcy court approval does not relieve a borrower in active bankruptcy from adhering to the strict timelines mandated by Investors.

Any delay in your client making the required monthly payment, obtaining and communicating bankruptcy court approval and/or returning the executed document may require the loss mitigation review to be re-started, which could delay or impact your client's available loss mitigation options.

Should you have any questions or require additional documentation, please contact us at 888-756-8603.

Sincerely,


MO018/005/SHG

---



February 02, 2026

Beverly Young
1739 Quietree Drive
Reston, VA 20194

RE:   Loan No. ■2791
      Property Address: 1739 Quietree Drive
                       Reston VA 20194

Dear Mortgagor(s):

Your account presently is due for January 01, 2024 through the date of this letter, the arrearage totals $ 79566.15.

This amount may include all or some of the following: late charges, inspection fees, bad check charges, payoff fax fees, phone pay fees, corporate advances and escrow shortages.

Based on careful review of your loan and/or information you provided, we have determined that you are conditionally approved for the following Home Retention Option:

STAND ALONE PC INITIAL

By agreeing to the following terms and conditions and successfuly completing the trial payment plan as detailed below, you will become fully eligible for the STAND ALONE PC INITIAL

<u>TERMS AND CONDITIONS</u>

(1)   Home Retention Option Interest rate is  2.87500%.

---

Virginia Housing
Headquarters

601 South Belvidere Street
Richmond, VA 23220
804-782-1986

Toll Free: 877-843-2123
VirginiaHousing.com



Loan ▮2791

(2) You must successfully complete the Trial Payment Plan:
  * Trial payments will be made as follows:

| PLAN | DATE | AMT | PLAN | DATE | AMT |
|------|------|------|------|------|------|
| 01 | 03/01/26 | 3,011.20 | 02 | 04/01/26 | 3,011.20 |
| 03 | 05/01/26 | 3,011.20 | | | |

  * Each trial payment should be made in the month it is due
  * No Trial payment can be made more than 15 days before it is due.
  * Your remittance of the initial monthly installment for an amount equal to or greater than the aforementioned amount required under the trial payment plan is considered your acceptance of the Home Retention Option and the Trial Payment Plan.
  * After successfully completing the Trial Payment Plan as described above, you agree to continue making monthly payments in accorance with the Trial Payment Plan terms until your
    STAND ALONE PC INITIAL documentation has been fully ratified and notarized by all parties on the loan.
  * The enclosed "Borrower's Affordability Attestation" must be signed, dated and returned to Virginia Housing within 30 days of the date of this agreement. If you fail to sign and return the "Borrower's Affordability Attestation" we will withdraw this Home Retention Option, even if you successfully complete the Trial Payment Plan.

(3) The mortgaged property cannot be condemned or abandoned.
(4) Upon successful completion of your Trial Payment Plan, you must sign, notarize and return the final Home Retention Option documents within the month of the effective date of the option.
(5) If you have filed and are currently active in a Bankruptcy Plan, we will attempt to deliver a copy of this agreement to your bankruptcy attorney or trustee.
(6) All provisions of the note and security instrument, except as herein provided, shall remain in full force and effect. Upon the breach of any provision of the agreement, Virginia Housing may terminate this agreement and, at the option of Virginia Housing, institute fore-closure proceedings according to the terms of the note and security instrument without regard to this instrument.
(7) This agreement is only valid if you are the original mortgagor(s)/obligor(s). If you are a non-mortgagor/obligor, party of interest through inheritance, divorce or other legal or authoized means and are seeking Virginia Housing loss mitigation assistance, please contact Virginia Housing to get information on how you can be considered for eligibility.



Loan ▪2791

(8) You have a right to appeal our determination. If you would like to appeal our determination or do not believe that you can afford the option provided, please contact Virginia Housing immediately. Written appeals must be received withing 15 days of issuance of this agreement.
(9) Failure to remit your initial Trial Payment and failure to continue making payments as described in this agreement within the months they are due will result in this offer being withdrawn.
(10) Final completion of this Home Retention Option is subject to this loan remaining in first lien position. As such, the offer may be withdrawn if we are not able to maintain first lien priority position.
(11) Upon completion of this Trial Payment Plan, you will received legal documents that will provide all the final terms of this Home Retention Option.
(12) You will be required to execute, notarize and return those legal documents within 30 days of issuance. Failure to properly execute and return the legal documents within the appropriate timeframe may result in withdrawal of the Home Retention Option.

Trial Payment Plan Failure:

Virginia Housing will consider your Trial Payment Plan failed if any of the following occurs:

* Virginia Housing determines that the property securing this mortgage has been condemned or abandoned.
* You fail to make any of the scheduled Trial Payment Plan payments by the last day of the month the payment is due.
* You or an authorized third party inform Virginia Housing that the terms of the Trial payment Plan Agreement will not be fulfilled.

What Else Do You Need to Know?

The terms of your existing note and mortgage will remain in affect until the Home Retention Option is completed, and you have been notified.



Loan ▆2791

There are no processing fees for this Trial Payment Plan or for completing this Home Retention Option.

If we complete this Home Retention Option, we will waive all unpaid late charges.

There are no penalties for payment more than the amount due or for paying off the mortgage early.

If you have been approved for the FHA Stand Alone Partial Claim, you may be eligibile for a Permanent Home Retention Option that may be able to reduce the mortgage payment. Please contact Virginia Housing immediately to learn more.

This offer is contingent on the review of title to ensure the Investor-insured Mortgage remains in first lien position.

If you are under active bankruptcy protection, please be advised that your request for loss mitigation has been conditionally approved, subject to bankruptcy court approval. You must work with your bankruptcy attorney to seek any necessary court authorization as well as continue to make your monthly payments. Obtaining bankruptcy court approval does not relieve a borrower in active bankruptcy from adhering to the strict timelines mandated by Investors. Failure to communicate bankruptcy court authorization, make your required payment, and/or return the executed documents within the timeframe may result in the need to restart the loss mitigation review, which could delay or impact your available loss mitigaiton options.

ADDITIONAL TRIAL PERIOD PLAN INFORMATION AND LEGAL NOTICES

We will not refer your loan to foreclosure or proceed to foreclosure sale during the trial period plan if you are complying with the terms of the trial period plan.

Any pending foreclosure action or proceeding that has been suspended may be resumed if you do not follow the terms of the plan or do not qualify for a permanent Home Retention Option.

We will hold the trial plan payment in an account until sufficient funds are in the account to pay your oldest past due monthly payment. Unless required by applicable law, there will be no interest paid on funds in the account and any funds in the account at the end of the trial period plan will be deducted from the amount that will be added to your principal balance.

| Virginia Housing Headquarters | 601 South Belvidere Street<br>Richmond, VA 23220<br>804-782-1986 | Toll Free: 877-843-2123<br>VirginiaHousing.com |
|---|---|---|



Loan ▇2791

Our acceptance of your payment during the trial period plan does not waive our right to require immediate payment in full of all amounts you owe on your mortgage, including the right to resume or continue foreclosure action, if you fail to comply with the terms of the plan. Entering a trial period plan does not mean that your mortgage will be considered current, unless your payments under the plan completely resolve all the past due amounts.

Your current mortgage documents remain in effect, however you are permitted to make the trial period plan payment instead of the current monthly payment required under your mortgage documents.

All the terms of your current mortgage documents remain in effect during the trial period plan. Nothing in the trial period plan shall be understood to be a satisfaction or release in whole or in part of your obligations contained in the mortgage documents.

We reserve the right to revoke this offer or terminate the trial period plan following your acceptance if we learn of information that would make you ineligible for the trial period plan or Home Retention Option. In this event, we may excerise any of the rights and remedies provided by the loan documents and applicable law.

Please Note: If you are currently active or have been discharged from bankruptcy, this is not an attempt to collect a debt. Based on inclusion of this account in a bankrupty petition, your participation in any offered program and applicable payment(s) thereunder are optional. If you have already been discharged under bankruptcy law, you no longer have any personal liability for sums under the note. However, the bankruptcy did not remove the lien on your property held through the deed of trust. It is important for you to understand that failure to make timely payments may result in foreclosure.

Please contact Virginia Housing if you have any questions.

Virginia Housing
Attn: Loss Mitigation
P.O. Box 4548
Richmond, VA 23220
Phone: 1-888-756-8603
Fax: 804-343-8680
Email: LOSSMITIGATION@VIRGINIAHOUSING.COM

VMLh02/60s97g/SHG

Virginia Housing
Headquarters

601 South Belvidere Street
Richmond, VA 23220
804-782-1986

Toll Free: 877-843-2123
VirginiaHousing.com