**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

In re:   BEVERLY JEAN YOUNG,                                    CASE NO. 24-11871-KHK

                                    Debtor,                            CHAPTER 13


VIRGINIA HOUSING DEVELOPMENT AUTHORITY,

                              Movant,
vs.

BEVERLY JEAN YOUNG,
and
THOMAS P. GORMAN, TRUSTEE,

                              Respondents.

**<u>NOTICE OF HEARING</u>**

**TAKE NOTICE** that on February 11, 2026, Movant, VIRGINIA HOUSING

DEVELOPMENT AUTHORITY, by counsel, filed a Notice of Default under Order Modifying

the Automatic Stay [See docket entry #69] previously entered herein, with respect to Debtor's

real property located at **1739 Quietree Drive, Reston, Virginia 20194 .**and more particularly

described therein; and that on February 25, 2026, Debtor, Beverly Jean Young, by counsel, filed

an Objection to the Notice of Default [see docket entry #71], and pursuant to the terms of the

Order, Movant is directed to set the matter for hearing.

**James A. Evans  (VSB #04441)**
**JAMES A. EVANS, ATTORNEY AT LAW, PLC**
**Counsel for Movant**
**2000 Arctic Avenue**
**Virginia Beach, Virginia 23451**
**(757) 437-9500**
**james.evans@vblawyers.com**

2

**NOTICE** is hereby given that a hearing has been scheduled and will be held in **Judge Kindred's Courtroom, Courtroom III, United States Bankruptcy Court, 200 South Washington Street, Alexandria, Virginia 22314, on <u>April 16, 2026 at 11:00 a.m.</u>**

**If you or your attorney do not take these steps**, the Court may decide that you do not oppose the relief sought and may enter an order granting that relief.

VIRGINIA HOUSING DEVELOPMENT AUTHORITY

By:  _____/s/ James A. Evans_____
                    Of Counsel

**James A. Evans (VSB #04441)**
**JAMES A. EVANS, ATTORNEY AT LAW, PLC**
**Counsel for Movant**
**2000 Arctic Avenue**
**Virginia Beach, Virginia 23451-4183**
**(757) 437-9500**
**james.evans@vblawyers.com**

2

## PROOF OF SERVICE:

I hereby certify that on the 25th day of March, 2026, a true copy of the foregoing Notice

of Hearing was mailed by electronic means or first class United States mail, postage fully

prepaid, to each party required to receive notice under Local Bankruptcy Rule 4001(a)-1(E)(1) as

follows:

|  |  |
|---|---|
| Debtor: | Beverly Jean Young<br>1739 Quietree Drive<br>Reston, Virginia 20194 |
| Counsel for Debtor: | Daniel M. Press, Esquire<br>6718 Whittier Avenue, Suite 200<br>McLean, Virginia 22101<br>VIA ECF & U.S. MAIL |
| Trustee: | Thomas P. Gorman, Trustee<br>1414 Prince Street, Suite 202<br>Alexandria, Virginia 22314<br>VIA ECF & U.S. MAIL |

_____/s/ James A. Evans_____
James A. Evans  (VSB #04441)

**James A. Evans  (VSB #04441)**
**JAMES A. EVANS, ATTORNEY AT LAW, PLC**
**Counsel for Movant**
**2000 Arctic Avenue**
**Virginia Beach, Virginia 23451**
**(757) 437-9500**
**james.evans@vblawyers.com**