**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

In re:   BEVERLY JEAN YOUNG,                                CASE NO. 24-11871-KHK

                         Debtor,                                           CHAPTER 13

VIRGINIA HOUSING DEVELOPMENT AUTHORITY,

                         Movant,
vs.

BEVERLY JEAN YOUNG,
and
THOMAS P. GORMAN, TRUSTEE,

                         Respondents.

**CONTINUANCE ORDER**

   **THIS MATTER** came to be heard upon papers previously filed; upon Movant's

Notice of Default filed on February 11, 2026 as Docket Entry [69]; upon Debtor's Objection

filed as Docket Entry [71]; upon the Notice of Hearing filed as Docket Entry [72]; and, upon the

request of the Debtor to continue this matter to allow time for the Debtor to complete the loan

modification process to which the Movant is in agreement.

   UPON CONSIDERATION WHEREOF, it appearing proper to the Court, it is

**James A. Evans  (VSB #04441)**
**JAMES A. EVANS, ATTORNEY AT LAW, PLC**
**Counsel for Movant**
**2000 Arctic Avenue**
**Virginia Beach, Virginia 23451**
**(757) 437-9500**
**james.evans@vblawyers.com**

accordingly **ORDERED** that the hearing on the Movant's Notice of Default and the

Objection of the Debtor is hereby continued to **June 11, 2026 at 11:00 a.m.** Parties shall appear

in person and in the interim the automatic stay shall remain in effect.

Alexandria, Virginia

___Apr 15 2026___ , 2026

**/s/ Klinette H Kindred**
United States Bankruptcy Judge

**WE ASK FOR THIS:**

___/s/ James A. Evans___
James A. Evans (VSB#04441)
Counsel for Movant
2000 Arctic Avenue
Virginia Beach, Virginia 23451
(757) 437-9500

Entered On Docket: Apr 16 2026

___/s/ Daniel M. Press by James A. Evans with permission given via email on 4/14/2026___
Daniel M. Press, Esq.
Counsel for Debtor
6718 Whittier Avenue, Suite 200
McLean, Virginia 22101
((703) 734-3800
dpress@chung-press.com

**SEEN:**

___/s/ Thomas P. Gorman by James A. Evans with permission given via email on 4/15/2026___
Thomas P. Gorman
1414 Prince Street, Suite 202
Alexandria, Virginia 22314
(703) 836-2226

**Local Rule 9022-1(C) Certification**

The foregoing Continuance Order was endorsed by and/or served upon all necessary
parties pursuant to Local Rule 9022-1(C).

___/s/ James A. Evans___
James A. Evans  (VSB #04441)

**PARTIES TO RECEIVE COPIES:**

James A. Evans, Esquire
2000 Arctic Avenue
Virginia Beach, Virginia 23451

Daniel M. Press, Esq.
6718 Whittier Avenue, Suite 200
McLean, Virginia 22101

Beverly Jean Young
1739 Quietree Drive
Reston, Virginia 20194

Thomas P. Gorman
1414 Prince Street, Suite 202
Alexandria, Virginia 22314