**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

In re:   BEVERLY JEAN YOUNG,                              CASE NO. 24-11871-KHK

                              Debtor,                              CHAPTER 13


VIRGINIA HOUSING DEVELOPMENT AUTHORITY,

                              Movant,

vs.

BEVERLY JEAN YOUNG,
and
THOMAS P. GORMAN, TRUSTEE,

                              Respondents.

**<u>CONTINUANCE ORDER</u>**

   **THIS MATTER** came to be heard upon papers previously filed; upon Movant's

Notice of Default filed on February 11, 2026 as Docket Entry [69]; upon Debtor's Objection

filed as Docket Entry [71]; upon the Notice of Hearing filed as Docket Entry [72]; and, upon the

request of the Debtor to continue this matter to allow time for the Debtor to complete the loan

modification process to which the Movant is in agreement.

   UPON CONSIDERATION WHEREOF, it appearing proper to the Court, it is


**James A. Evans  (VSB #04441)**
**JAMES A. EVANS, ATTORNEY AT LAW, PLC**
**Counsel for Movant**
**2000 Arctic Avenue**
**Virginia Beach, Virginia 23451**
**(757) 437-9500**
**james.evans@vblawyers.com**

accordingly **ORDERED** that the hearing on the Movant's Notice of Default and the

Objection of the Debtor is hereby continued to **June 11, 2026 at 11:00 a.m.** Parties shall appear

in person and in the interim the automatic stay shall remain in effect.

Alexandria, Virginia

Apr 15 2026 , 2026

/s/ Klinette H Kindred

United States Bankruptcy Judge

**WE ASK FOR THIS:**

/s/ James A. Evans

James A. Evans (VSB#04441)
Counsel for Movant
2000 Arctic Avenue
Virginia Beach, Virginia 23451
(757) 437-9500

Entered On Docket: Apr 16 2026

/s/ Daniel M. Press by James A. Evans with permission given via email on 4/14/2026

Daniel M. Press, Esq.
Counsel for Debtor
6718 Whittier Avenue, Suite 200
McLean, Virginia 22101
((703) 734-3800
dpress@chung-press.com

**SEEN:**

/s/ Thomas P. Gorman by James A. Evans with permission given via email on 4/15/2026

Thomas P. Gorman
1414 Prince Street, Suite 202
Alexandria, Virginia 22314
(703) 836-2226

**Local Rule 9022-1(C) Certification**

The foregoing Continuance Order was endorsed by and/or served upon all necessary
parties pursuant to Local Rule 9022-1(C).

/s/ James A. Evans

James A. Evans  (VSB #04441)

**PARTIES TO RECEIVE COPIES:**

James A. Evans, Esquire
2000 Arctic Avenue
Virginia Beach, Virginia 23451

Daniel M. Press, Esq.
6718 Whittier Avenue, Suite 200
McLean, Virginia 22101

Beverly Jean Young
1739 Quietree Drive
Reston, Virginia 20194

Thomas P. Gorman
1414 Prince Street, Suite 202
Alexandria, Virginia 22314

United States Bankruptcy Court

Eastern District of Virginia

| In re: | Case No. 24-11871-KHK |
|---|---|
| Beverly Jean Young | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0422-9 | User: KimberlyD | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Apr 16, 2026 | Form ID: pdford7 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Beverly Jean Young, 1739 Quietree Dr, Reston, VA 20194-1805 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2026          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel M. Press | on behalf of Debtor Beverly Jean Young dpress@chung-press.com  pressdm@gmail.com;danpress@recap.email |
| James A. Evans | on behalf of Creditor Virginia Housing Development Authority james.evans@vblawyers.com marisa.patterson@vblawyers.com;jharris@hangerlaw.com |
| Matthew W. Cheney | ustpregion04.ax.ecf@usdoj.gov |
| Thomas P. Gorman | ch13alex@gmail.com  tgorman26@gmail.com |
| Volha Sergeyevna Tseliak | on behalf of Creditor Reston Association otseliak@chadwickwashington.com |

TOTAL: 5