**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

In re:   BEVERLY JEAN YOUNG,                                          CASE NO. 24-11871-KHK

                          Debtor,                                          CHAPTER 13


VIRGINIA HOUSING DEVELOPMENT AUTHORITY,

                          Movant,

vs.

BEVERLY JEAN YOUNG,
and
THOMAS P. GORMAN, TRUSTEE,

                          Respondents.

### NOTICE OF WITHDRAWAL OF NOTICE OF DEFAULT

NOTICE is hereby given that the Notice of Default of Virginia Housing Development

Authority, by counsel, filed on February 11, 2026 as Docket No. 69, is hereby withdrawn

without prejudice as Debtor has successfully made all of her trial payments and entered into a

loan modification with the Movant for the past due amounts.

                          VIRGINIA HOUSING DEVELOPMENT AUTHORITY


                          By:  _____/s/ James A. Evans_____
                                          Of Counsel


**James A. Evans (VSB #04441)**
**JAMES A. EVANS, ATTORNEY AT LAW, PLC**
**Counsel for Movant**
**2000 Arctic Avenue**
**Virginia Beach, Virginia 23451-4183**
**(757) 437-9500**
**james.evans@vblawyers.com**

**PROOF OF SERVICE:**

I hereby certify that on the 1st day of June, 2026, a true copy of the foregoing Notice of

Withdrawal of Notice of Default was mailed by electronic means or first class United States

mail, postage fully prepaid, to each party required to receive notice under Local Bankruptcy Rule

4001(a)-1(E)(1) as follows:

| | |
|---|---|
| Debtor: | Beverly Jean Young<br>1739 Quietree Drive<br>Reston, Virginia 20194 |
| Counsel for Debtor: | Daniel M. Press, Esq.<br>6718 Whittier Avenue, Suite 200<br>McLean, Virginia 22101<br>VIA ECF |
| Trustee: | Thomas P. Gorman, Trustee<br>1414 Prince Street, Suite 202<br>Alexandria, Virginia 22314<br>VIA ECF |

_____/s/ James A. Evans_____
James A. Evans  (VSB #04441)

**James A. Evans (VSB #04441)**
**JAMES A. EVANS, ATTORNEY AT LAW, PLC**
**Counsel for Movant**
**2000 Arctic Avenue**
**Virginia Beach, Virginia 23451-4183**
**(757) 437-9500**
**james.evans@vblawyers.com**

2