UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| In re | ) | |
| BEVERLY JEAN YOUNG | ) | |
| | ) | No. 24-11871-KHK |
| Debtor. | ) | Chapter 13 |
| | ) | |

### NOTICE AND MOTION TO APPROVE LOAN MODIFICATION/Incur Debt

**TO: All Creditors and Parties in Interest**

BEVERLY JEAN YOUNG, Debtor, is filing with the court the below **MOTION TO APPROVE LOAN MODIFICATION/Incur Debt.**

**Your rights may be affected. You should read the papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not wish the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then on or before July 16, 2026, you or your attorney must file with the court, at Clerk of Court, United States Bankruptcy Court, 200 S. Washington Street, Alexandria, Virginia 22314, a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1(H) and Local Rule 6004-4. **Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing.** If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above. You must **also** mail a copy to:

> Daniel M. Press, Esq.
> CHUNG & PRESS, P.C.
> 6718 Whittier Ave., Suite 200
> McLean, VA 22101

**If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.**   In the event an objection is filed, a hearing will be scheduled.

Daniel M. Press, VSB# 37123
CHUNG & PRESS, P.C.
6718 Whittier Avenue, Suite 200
McLean, Virginia 22101
Counsel for Debtor

Debtor, through counsel, moves pursuant to Local Rule 6004-4 for approval of a Loan Modification (Subordinate Note and Deed of Trust) attached as Exhibit A.  In support hereof, Debtor state as follows:

1.      This Court has jurisdiction over this matter pursuant to 28 USC §§ 1334 and 157. This is a core proceeding. The Confirmed Chapter 13 Plan in this case provides that Court approval is required for loan modifications.

2.      A modification acceptable to Debtor has been agreed to by the current holder/servicer of the secured first mortgage claim on the Debtor's residence, Virginia Housing Development Authority with the assistance of the Department of Housing and Urban Development.

3.      The terms, in summary, are:

Effective date: 6/18/26 (Date of documents), subject to court approval.

Maturity: 8/1/2051

New principal balance: New note - $82,896.28; will reduce balance of existing loan by that amount.

Interest: No interest on subordinate note.  2.875% fixed, unchanged, on existing note.

Payment: $3011.20, unchanged.  Escrow amount subject to change.

4.      The plan provides that regular monthly payments are made directly to the creditor.  The proof of claim for arrears will not need to be paid, so Debtor will be filing a motion to modify her plan to make her payments affordable (she has been unable to make both

the plan and mortgage payments), which will nonetheless increase the distribution to unsecured creditors.

5.      The modification will not prejudice any creditor in any way.

WHEREFORE, Debtor respectfully requests that the Loan Modification Agreement (Subordinate Note and Deed of Trust) be approved.

Dated:  June 25, 2026

Respectfully submitted,

__/s/ Daniel M. Press_____
Daniel M. Press, VSB# 37123
CHUNG & PRESS, P.C.
6718 Whittier Avenue, Suite 200
McLean, Virginia 22101
(703) 734-3800
Counsel for Debtor

.

CERTIFICATE OF SERVICE

This is to certify that on the 25th day of June, 2026, I caused the foregoing Motion to be served by CM/ECF upon the Chapter 13 Trustee and all creditors requesting such notice.

__/s/ Daniel M. Press_____
Daniel M. Press