# UNITED STATES BANKRUPTCY COURT

## FOR THE

### EASTERN DISTRICT OF VIRGINIA
**Alexandria Division**

| | |
|---|---|
| In the Matter of: | Chapter 13 |
| BEVERLY JEAN YOUNG | Case No. 24-11871-KHK |
| Debtor | |

### TRUSTEE'S OPPOSITION TO MOTION
### TO APPROVE LOAN MODIFICATION/INCUR DEBT

Thomas P. Gorman, Trustee, notes his opposition to Debtor's Motion to Approve Loan Modification/Incur Debt since the transaction is apparently a pretext to Debtor seeking to lower her Plan payment obligations.

Date: _July 14, 2026_____          ___/s/ Thomas P. Gorman_____
                                                        Thomas P. Gorman
                                                        Chapter 13 Trustee
                                                        1414 Prince Street, Suite 202
                                                        Alexandria, VA 22314
                                                        (703) 836-2226
                                                        VSB 26421

### CERTIFICATE OF SERVICE

I hereby certify that I have this 14th day of July, 2026, served via ECF to authorized users or mailed a true copy of the foregoing Opposition to Motion to Approve Loan Modification/Incur Debt to the following parties.

Daniel M. Press, Esquire
Attorney for Debtor
Chung & Press, P.C.
6718 Whittier Ave. Ste. 200
McLean, VA 22101


__/s/ Thomas P. Gorman_____
Thomas P. Gorman