**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**(Alexandria Division)**

| | | |
|---|---|---|
| In re | ) | |
| BEVERLY JEAN YOUNG | ) | |
| | ) | No. 24-11871-KHK |
| Debtor. | ) | Chapter 13 |
| | ) | |

**NOTICE OF HEARING ON MOTION TO APPROVE LOAN MODIFICATION**

BEVERLY JEAN YOUNG, Debtor, previously filed with the court a **MOTION TO APPROVE LOAN MODIFICATION/Incur Debt,** to which the Trustee filed an objection.

Notice is hereby given that if you oppose the Motion, or if you want the Court to consider your views on the Motion, in addition to filing a timely objection pursuant to the prior notice, you or your attorney **must**:

• Attend the hearing scheduled to be held on **July 30, 2026, at 1:30 p.m.** in Courtroom III, United States Bankruptcy Court, 200 South Washington Street, Alexandria, Virginia.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the Motion and may enter an order granting the Motion.

     Dated:    July 16, 2026.

                       Respectfully submitted,

                        /s/ Daniel M. Press
                       Daniel M. Press, VSB# 37123
                       CHUNG & PRESS, P.C.
                       6718 Whittier Avenue, Suite 200
                       McLean, Virginia 22101
                       (703) 734-3800
                       Counsel for Debtor

CERTIFICATE OF SERVICE

     This is to certify that on this 16th day of July, 2026, I caused the foregoing document to be served by CM/ECF upon the Chapter 13 Trustee and all other parties requesting such notice.

                       /s/ Daniel M. Press

Daniel M. Press, VSB# 37123
CHUNG & PRESS, P.C.
6718 Whittier Avenue, Suite 200
McLean, Virginia 22101
Counsel for Debtor