**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**(Alexandria Division)**

| | | |
|---|---|---|
| In re | ) | |
| BEVERLY JEAN YOUNG | ) | |
| | ) | No. 24-11871-KHK |
| Debtor. | ) | Chapter 13 |
| | ) | |

## ORDER APPROVING LOAN MODIFICATION

Upon consideration of the Motion To Approve Loan Modification/Incur Deb, and

the Trustee's consent and withdrawal of his objection thereto based on the terms of this

Order; and it appearing that the relief granted herein is in the best interests of the Debtor,

the bankruptcy estate, its creditors and other parties in interest; and upon due

deliberation, good and sufficient cause appearing,

IT IS HEREBY ORDERED:

1.      That the Loan Modification Agreement (Subordinate Note and Deed of

Trust) attached to the Motion be and hereby is APPROVED.

2.      Within 14 days hereof, Debtor shall file a Modified plan that provides for

payment of 100% of Debtor's allowed unsecured claims.

Dated: Jul 21 2026
_____

/s/ Klinette H Kindred
_____
Judge, U.S. Bankruptcy Court

Entered on Docket: Jul 22 2026
_____

Daniel M. Press, VSB# 37123
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
Counsel for Debtor

I ASK FOR THIS:


_/s/ Daniel M. Press_____
Daniel M. Press, VSB 37123
CHUNG & PRESS, P.C,
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
Counsel for the Debtor

SEEN AND AGREED:


_/s/ Thomas P. Gorman_____
Chapter 13 Trustee


<u>Local Rule 9022-1(C) Certification</u>

The foregoing Order was endorsed by and/or served upon all necessary parties pursuant
to Local Rule 9022-1(C).

        _/s/Daniel M. Press___
        Daniel M. Press

Copies by CM/ECF to:
Counsel for Debtor
Counsel for VHDA
Chapter 13 Trustee

2