**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**(Alexandria Division)**

In re                                                    )
BEVERLY JEAN YOUNG                         )
                                                            )         No. 24-11871-KHK
            Debtor.                                   )         Chapter 13
_____  )

## ORDER APPROVING LOAN MODIFICATION

Upon consideration of the Motion To Approve Loan Modification/Incur Deb, and

the Trustee's consent and withdrawal of his objection thereto based on the terms of this

Order; and it appearing that the relief granted herein is in the best interests of the Debtor,

the bankruptcy estate, its creditors and other parties in interest; and upon due

deliberation, good and sufficient cause appearing,

IT IS HEREBY ORDERED:

1.       That the Loan Modification Agreement (Subordinate Note and Deed of

Trust) attached to the Motion be and hereby is APPROVED.

2.       Within 14 days hereof, Debtor shall file a Modified plan that provides for

payment of 100% of Debtor's allowed unsecured claims.


Dated: Jul 21 2026                                  /s/ Klinette H Kindred
          _____                               _____
                                                            Judge, U.S. Bankruptcy Court

Entered on Docket: Jul 22 2026
                              _____

Daniel M. Press, VSB# 37123
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
Counsel for Debtor

I ASK FOR THIS:


 /s/ Daniel M. Press_____
Daniel M. Press, VSB 37123
CHUNG & PRESS, P.C,
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
Counsel for the Debtor


SEEN AND AGREED:


 /s/ Thomas P. Gorman_____
Chapter 13 Trustee


Local Rule 9022-1(C) Certification

The foregoing Order was endorsed by and/or served upon all necessary parties pursuant
to Local Rule 9022-1(C).

 __/s/Daniel M. Press___
Daniel M. Press

Copies by CM/ECF to:
Counsel for Debtor
Counsel for VHDA
Chapter 13 Trustee

United States Bankruptcy Court

Eastern District of Virginia

In re:                                                                                              Case No. 24-11871-KHK

Beverly Jean Young                                                                   Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0422-9 | User: CynthiaBa | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Jul 22, 2026 | Form ID: pdford11 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 24, 2026:**

**Recip ID                Recipient Name and Address**
db            +  Beverly Jean Young, 1739 Quietree Dr, Reston, VA 20194-1805

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 24, 2026                Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 22, 2026 at the address(es) listed below:**

**Name                Email Address**

Daniel M. Press
      on behalf of Debtor Beverly Jean Young dpress@chung-press.com  pressdm@gmail.com;danpress@recap.email

James A. Evans
      on behalf of Creditor Virginia Housing Development Authority james.evans@vblawyers.com marisa.patterson@vblawyers.com;jharris@hangerlaw.com

Matthew W. Cheney
      ustpregion04.ax.ecf@usdoj.gov

Thomas P. Gorman
      ch13alex@gmail.com  tgorman26@gmail.com

Volha Sergeyevna Tseliak
      on behalf of Creditor Reston Association otseliak@chadwickwashington.com

TOTAL: 5