**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
ALEXANDRIA DIVISION

| | |
|---|---|
| In re | ) |
| BEVERLY JEAN YOUNG | ) |
| | )    No. 24-11871-KHK |
| Debtor. | )    Chapter 13 |
| | ) |

## NOTICE OF CHANGE OF COUNSEL'S  ADDRESS

Please take notice that effective August 15, 2026, the undersigned is changing firms.  The

new address is below.

Dated: August 14, 2026.

  /s/ Daniel M. Press
Daniel M. Press, VSB 37123
Law Offices of Daniel M. Press
201 Washington St.
Cumberland MD 21502
(703) 725-7600
dan@danpress.us

Daniel M. Press, VSB 37123
Law Offices of Daniel M. Press
201 Washington St.
Cumberland MD 21502
(703) 725-7600
dan@danpress.us
Counsel for Debtor

## CERTIFICATE OF SERVICE

This is to certify that on this 14th day of August, 2026, I caused to be served the foregoing Notice on the U.S. Trustee, the Chapter 13 Trustee, and all parties requesting notice by CM/ECF.

/s/ Daniel M. Press_____
Daniel M. Press