UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

In re )
BEVERLY JEAN YOUNG )
) No. 24-11871-KHK
Debtor. ) Chapter 13
)

**DEBTOR'S RESPONSE TO TRUSTEE'S MOTION TO DISMISS**

COME NOW the Debtor, Beverly Jean Young, by counsel, and responds as follows to the Trustee's Motion to Dismiss. The Motion states:

**Pursuant to 11 U.S.C. §1307(c)(6) -** Material default by Debtor as is reflected in the attached Trustee's Report of Receipts and Disbursements. Debtor has not made a Plan payment since June, 2026.
**Violation of 11 U.S.C. §521(a)(4), §521(f)(4) and §1307(c)(6)** – Failure of the Debtor to provide copies of federal and state income returns for tax year 2025 to the Office of the Chapter 13 Trustee.

Debtor has now provided her 2025 federal return. Counsel has advised Debtor that she needs to provide the state return and bring the payments current prior to the hearing date, but has yet to hear back.

Dated: October 7, 2026.

Respectfully submitted,

/s/ Daniel M. Press

Daniel M. Press, VSB# 37123
Law Offices of Daniel M. Press
201 Washington St.
Cumberland MD 21502
703-725-7600
dan@danpress.us
Counsel for Debtor

CERTIFICATE OF SERVICE

This is to certify that on this 7th day of October, 2026, I caused the foregoing Response to be served by CM/ECF upon the Chapter 13 Trustee and all parties requesting such notice.

__/s/ Daniel M. Press ________
Daniel M. Press