**United States Bankruptcy Court**
**Eastern District of Virginia**
Alexandria Division
200 South Washington Street
Alexandria, VA 22314

**Case Number** 24−11871−KHK
**Chapter** 13

**In re:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Beverly Jean Young
1739 Quietree Dr
Reston, VA 20194

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
Debtor: xxx−xx−9830

Employer Tax−Identification (EIN) No(s).(if any):
Debtor: NA

## NOTICE OF DISMISSAL OF CASE

Notice is hereby given that an order was entered on October 22, 2026 dismissing the above−captioned case.

Dated: October 22, 2026

For the Court,

Charri S Stewart, Clerk
United States Bankruptcy Court

[VAN015vDec2009.jsp]

United States Bankruptcy Court

Eastern District of Virginia

In re: Case No. 24-11871-KHK

Beverly Jean Young Chapter 13

Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-9 User: ZariaBroo Page 1 of 2

Date Rcvd: Oct 31, 2026 Form ID: VAN015 Total Noticed: 30

The following symbols are used throughout this certificate:

| **Symbol** | **Definition** |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2026:**

| **Recip ID** | | **Recipient Name and Address** |
|---|---|---|
| db | + | Beverly Jean Young, 1739 Quietree Dr, Reston, VA 20194-1805 |
| cr | + | Reston Association, Chadwick, Washington, Moriarty, Elmore &, 3201 Jermantown Road Suite 600, Fairfax, VA 22030, UNITED STATES 22030-2879 |
| 16537228 | #+ | Chadwick Washington, 3201 Jermantown Rd Ste 600, Fairfax, VA 22030-2879 |
| 16537229 | + | Credit One, PO Box 60500, City Of Industry, CA 91716-0500 |
| 16637905 | + | Deskevich, Harris PC, 1409 Eastridge Road Attn: Collections, Richmond, VA 23229-5501 |
| 16537232 | + | Fairfax Oral & Max. Surgery PC, 12359 Sunrise Valley Dr Ste 300, Reston, VA 20191-3463 |
| 16537233 | + | Jeffrey B Thompson, 40458 Aldie Springs Drive, Aldie, VA 20105-2781 |
| 16537234 | + | Justin P Salop, 2795 Pfafftown forest Dr, Winston Salem, NC 27106-9728 |
| 16537235 | + | Kyle Winey Esq, Simms Showers LLP, 305 Harrison St SE 3rd Fl, Leesburg, VA 20175-3729 |
| 16589457 | | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 16566489 | | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 16537236 | + | Martha Griggs, Keller Williams Preferred Properties, 1441 McCormick Drive, Upper Marlboro, MD 20774-5323 |
| 16537237 | + | Merrick Bank, 7700 East Arapahoe Road, Suite 220, Centennial, CO 80112-1268 |
| 16556374 | + | NG FCU, 999 Corporate Blvd Suite #120, Linthicum Heights MD 21090-2272 |
| 16537239 | + | Reston Association, 12001 Sunrise Valley Dr, Reston, VA 20191-3455 |
| 16589428 | + | Reston Association, c/o Chadwick, Washington, et. al, 3201 Jermantown Road, Ste. 600,, Fairfax, VA 22030-2879 |
| 16537240 | + | Shulman Rogers, 12505 Park Potomac Ave, Potomac, MD 20854-6802 |
| 16537241 | + | Va Housing Development Auth., 601 S Belvidere St, Richmond, VA 23220-6504 |
| 16537242 | | Whisper Hill Cluster Assoc, 3907 Herndon Pkwy Ste 100, Herndon, VA 20170 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| **Recip ID** | | **Notice Type: Email Address** | **Date/Time** | **Recipient Name and Address** |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | Nov 01 2026 00:13:00 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/Text: Bankruptcy_dept@virginiahousing.com | Oct 31 2026 20:33:00 | Virginia Housing, P.O. Box 4549, Richmond, VA 23220-8549 |
| 16537227 | + | EDI: CAPITALONE.COM | Nov 01 2026 00:10:00 | Capital One, 1680 Capital One Dr, McLean, VA 22102-3407 |
| 16553159 | + | EDI: AIS.COM | Nov 01 2026 00:13:00 | Capital One, N.A., by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 16537230 | | Email/Text: l.hutson@dghlawpc.com | Oct 31 2026 20:34:00 | Deskevich Gavin & Harris, 1409 Eastridge Rd, Richmond, VA 23229 |
| 16537231 | + | Email/Text: bdolan@dolanreid.com | Oct 31 2026 20:34:00 | DolanReid PLLC, 12610 Patrick Henry Dr, Ste D, Newport News, VA 23602-9538 |
| 16537238 | + | EDI: AGFINANCE.COM | Nov 01 2026 00:10:00 | OneMain, 601 NW 2nd St, Evansville, IN 47708-1013 |
| 16548103 | + | EDI: AGFINANCE.COM | Nov 01 2026 00:10:00 | OneMain Financial, PO Box 3251, Evansville, IN |

| | | | | |
|---|---|---|---|---|
| | | | | 47731-3251 |
| 16747748 | | EDI: PRA.COM | Nov 01 2026 00:13:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 17135469 | + | Email/Text: Bankruptcy_dept@virginiahousing.com | Oct 31 2026 20:33:00 | VHDA, PO BOX 4627, Richmond, VA 23220-8627 |
| 16547097 | + | Email/Text: Bankruptcy_dept@virginiahousing.com | Oct 31 2026 20:33:00 | Virginia Housing, PO BOX 4627, Richmond, VA 23220-8627 |

TOTAL: 11

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Virginia Housing Development Authority |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 22, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel M. Press | on behalf of Debtor Beverly Jean Young dan@danpress.us pressdm@gmail.com;danpress@recap.email |
| James A. Evans | on behalf of Creditor Virginia Housing Development Authority james.evans@vblawyers.com marisa.patterson@vblawyers.com;jharris@hangerlaw.com |
| Matthew W. Cheney | ustpregion04.ax.ecf@usdoj.gov |
| Thomas P. Gorman | ch13alex@gmail.com tgorman26@gmail.com |
| Volha Sergeyevna Tseliak | on behalf of Creditor Reston Association otseliak@chadwickwashington.com |

TOTAL: 5