**UNITED STATES BANKRUPTCY COURT
FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| In the Matter of: | |
| Beverly Jean Young | Chapter 13 |
| | Case No. 24-11871-KHK |
| Debtor(s) | |

**ORDER OF DISMISSAL**

This matter came on by request of the Trustee for Dismissal of this proceeding pursuant to 11 U.S.C. 1307. Notice thereof having been given in accordance with Rule 2002, and it appearing to the court that adequate cause does exist and that it is in the best interest of the creditors and this estate that this proceeding be dismissed, it is

ORDERED, that these proceedings under Chapter 13 of the Code be and they hereby are dismissed, and it is further

ORDERED, that any interest earned and attributable to Plan payments made in this Chapter 13 case is hereby awarded to the office of the Chapter 13 Trustee of this Court as actual and necessary expenses pursuant to 11 U.S.C. 330(a)(1)(B), and it is further

ORDERED, that the dismissal of this case revests the property of the estate in the entity in which such property was vested immediately before the commencement of the case.

If the debtor(s) has been making payments by payroll deduction, the employer as set forth in that Order for payroll assignment shall cease any payroll deductions for the benefit of the Chapter 13 Trustee.

Oct 21 2026

/s/ Klinette H Kindred

Klinette H. Kindred
U. S. Bankruptcy Judge

Entered On Docket: Oct 22 2026

I Ask For This:

/s/ Thomas P. Gorman

Thomas P. Gorman, Trustee
1414 Prince Street, Suite 202
Alexandria, VA 22314
(703) 836-2226
VSB #26421

Local Rule 9022-1(C) Certification

The foregoing order was signed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).

/s/ Thomas P. Gorman ______
Thomas P. Gorman, Chapter 13 Trustee

**PARTIES TO RECEIVE COPIES**

Beverly Jean Young
Chapter 13 Debtor
1739 Quietree Dr
Reston, VA 20194

Daniel M. Press, Esquire
Attorney for Debtor
Law Offices Of Daniel M. Press
201 Washington St.
Cumberland, MD 21502

Thomas P. Gorman
Chapter 13 Trustee
1414 Prince Street, Suite 202
Alexandria, VA 22314

United States Bankruptcy Court

Eastern District of Virginia

In re: Case No. 24-11871-KHK

Beverly Jean Young Chapter 13

Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-9 User: ZariaBroo Page 1 of 1

Date Rcvd: Oct 31, 2026 Form ID: pdforder Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Beverly Jean Young, 1739 Quietree Dr, Reston, VA 20194-1805 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 22, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel M. Press | on behalf of Debtor Beverly Jean Young dan@danpress.us pressdm@gmail.com;danpress@recap.email |
| James A. Evans | on behalf of Creditor Virginia Housing Development Authority james.evans@vblawyers.com marisa.patterson@vblawyers.com;jharris@hangerlaw.com |
| Matthew W. Cheney | ustpregion04.ax.ecf@usdoj.gov |
| Thomas P. Gorman | ch13alex@gmail.com tgorman26@gmail.com |
| Volha Sergeyevna Tseliak | on behalf of Creditor Reston Association otseliak@chadwickwashington.com |

TOTAL: 5